IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER:<br><br>FRANCISCO J. DE JESUS MARTINEZ<br>Debtor(s)<br><br>FIRSTBANK PUERTO RICO<br>Movant | CASE NO.: 19-07155 (EAG)<br><br>CHAPTER 13<br><br>(X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326 |

## MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now Movant, **FIRSTBANK PUERTO RICO**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, and Title 11 USC §1326, on Payments.

2. Debtor filed a bankruptcy case under chapter 13 back on December 6, 2019. See, Dck no 1.

3. MOVANT, standing to address this court is ascertained as filed an unsecured claim, to a personal loan for $8,151.54. See, Clm 1.

4. As of October 11, 2023, debtor(s) already appear to have the following installments owed to the chapter 13 Trustee: $600.00, for four (4) months in arrears. And still remains in arrears as of November 14, 2023, with $750.00 or five (5) See, Attachment A and B.

5. Under the terms of the confirmed plan dated December 6, 2019, debtor(s) should have started to make continues payments since January 6, 2020, and as evidenced herein, the debtor(s) have failed to do so. See, Dck 2 and 35.

6. Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) See, Attachment C.

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on ~~Unreasonable delay by debtor that is prejudicial to Creditors, (5) denial of confirmation of a plan under 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan,~~ 11 USC §1326 (a) (1) *Unless the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed, payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier,* and (6) on *Material default by the debtor with respect to a term of a confirmed plan,* and ~~Title 11 USC~~

§1324 (b) ~~on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)~~.

*The aforementioned request of dismissal is based on congressional intent to prevent bankruptcy abuse*

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.
Puerto Rico Local Bankruptcy Rule 9013-1(h)

In San Juan, Puerto Rico, on November 16, 2023.

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy was served by CM/ECF at the authorized address: - to all creditors, - to Atty. Alejandro Oliveras // Atty. José Carrión Morales, as Chapter 13 Trustee, and - to the attorney of the debtor(s) JESUS E BATISTA SANCHEZ, and to debtor(s) by regular mail at the address on record, FRANCISCO JAVIER DE JESUS MARTINEZ, at URB ROYAL TOWN, J 2 STREET 26, BAYAMON, PUERTO RICO 00956.

BY: /s/ María M. Benabe Rivera
María M. Benabe Rivera
Attorney for Movant - US - DC 208906
FIRSTBANK Puerto Rico
Centro de Servicios al Consumidor – Código 248
1130 Muñoz Rivera Ave., Rio Piedras, P R
PO Box 9146, San Juan, PR 00908-0146
maria.benabe@firstbankpr.com
(787)729-8135 / (787)729-8276 /   [Rev.10/2019]

# Analysis Sheet to Determine Arrears to Trustee

| | |
|---|---|
| **In Re:** | FRANCISCO J DE JESUS MARTINEZ |
| **Case Number :** | 19-07155 /EAG /ONM |
| **Account Number:** | 6187 (PP) |
| **Date of File:** | 12/6/2019 |
| **Amount of Proof of Claim:** | $ 8,151.54 |

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| **Plan:** | $ 150.00 | $ - | $ - | $ - | $ - |
| | 60 | 0 | 0 | 0 | 0 |
| | $ 9,000.00 | $ - | $ - | $ - | $ - |

| | |
|---|---|
| **Monthly Payment of:** | $ 150.00 |
| **Pass Term:** | 46 |
| **Total Paid Into Plan:** | $ 6,300.00 |
| **Should Have Paid In:** | $ 6,900.00 |
| **Amount in Arrears:** | $ 600.00   (4 Arrears) |
| **Printed On:** | 10/11/2023 |
| **Prepared By:** | Sara Lacén |

Attachment A

| PRINT INQUIRY | | Close Window | | | | Click Here to Print this Page | |
|---|---|---|---|---|---|---|---|
| 19-07155-EAG | FRANCISCO JAVIER DE JESUS MARTINEZ | | | | $150.00 MO | Bar Date(s): | 2/14/2020 (has passed) 6/3/2020 (has passed) |
| | | | | | | Confirmed: | 7/1/2020 |
| | | Trustee: OSMARIE NAVARRO MARTINEZ | | Attorney: JESUS ENRIQUE BATISTA SANCHEZ * | | Case Status: | ACTIVE-1ST AUDIT |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 1/5/2020 | 60.00 | $150.00 | MONTHLY | FRANCISCO JAVIER DE JESUS MARTINEZ | 12/19/2019 | |
| 1/5/2025 | end of plan | $0.00 | MONTHLY | FRANCISCO JAVIER DE JESUS MARTINEZ | 12/19/2019 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|
| | | |

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 1/5/2020 | 2/4/2020 | $150.00 | $150.00 |
| 2 | 2/5/2020 | 3/4/2020 | $150.00 | $300.00 |
| 3 | 3/5/2020 | 4/4/2020 | $150.00 | $450.00 |
| 4 | 4/5/2020 | 5/4/2020 | $150.00 | $600.00 |
| 5 | 5/5/2020 | 6/4/2020 | $150.00 | $750.00 |
| 6 | 6/5/2020 | 7/4/2020 | $150.00 | $900.00 |
| 7 | 7/5/2020 | 8/4/2020 | $150.00 | $1,050.00 |
| 8 | 8/5/2020 | 9/4/2020 | $150.00 | $1,200.00 |
| 9 | 9/5/2020 | 10/4/2020 | $150.00 | $1,350.00 |
| 10 | 10/5/2020 | 11/4/2020 | $150.00 | $1,500.00 |
| 11 | 11/5/2020 | 12/4/2020 | $150.00 | $1,650.00 |
| 12 | 12/5/2020 | 1/4/2021 | $150.00 | $1,800.00 |
| 13 | 1/5/2021 | 2/4/2021 | $150.00 | $1,950.00 |
| 14 | 2/5/2021 | 3/4/2021 | $150.00 | $2,100.00 |
| 15 | 3/5/2021 | 4/4/2021 | $150.00 | $2,250.00 |
| 16 | 4/5/2021 | 5/4/2021 | $150.00 | $2,400.00 |
| 17 | 5/5/2021 | 6/4/2021 | $150.00 | $2,550.00 |
| 18 | 6/5/2021 | 7/4/2021 | $150.00 | $2,700.00 |
| 19 | 7/5/2021 | 8/4/2021 | $150.00 | $2,850.00 |
| 20 | 8/5/2021 | 9/4/2021 | $150.00 | $3,000.00 |
| 21 | 9/5/2021 | 10/4/2021 | $150.00 | $3,150.00 |
| 22 | 10/5/2021 | 11/4/2021 | $150.00 | $3,300.00 |
| 23 | 11/5/2021 | 12/4/2021 | $150.00 | $3,450.00 |
| 24 | 12/5/2021 | 1/4/2022 | $150.00 | $3,600.00 |
| 25 | 1/5/2022 | 2/4/2022 | $150.00 | $3,750.00 |
| 26 | 2/5/2022 | 3/4/2022 | $150.00 | $3,900.00 |
| 27 | 3/5/2022 | 4/4/2022 | $150.00 | $4,050.00 |
| 28 | 4/5/2022 | 5/4/2022 | $150.00 | $4,200.00 |
| 29 | 5/5/2022 | 6/4/2022 | $150.00 | $4,350.00 |
| 30 | 6/5/2022 | 7/4/2022 | $150.00 | $4,500.00 |
| 31 | 7/5/2022 | 8/4/2022 | $150.00 | $4,650.00 |
| 32 | 8/5/2022 | 9/4/2022 | $150.00 | $4,800.00 |
| 33 | 9/5/2022 | 10/4/2022 | $150.00 | $4,950.00 |
| 34 | 10/5/2022 | 11/4/2022 | $150.00 | $5,100.00 |
| 35 | 11/5/2022 | 12/4/2022 | $150.00 | $5,250.00 |
| 36 | 12/5/2022 | 1/4/2023 | $150.00 | $5,400.00 |
| 37 | 1/5/2023 | 2/4/2023 | $150.00 | $5,550.00 |
| 38 | 2/5/2023 | 3/4/2023 | $150.00 | $5,700.00 |
| 39 | 3/5/2023 | 4/4/2023 | $150.00 | $5,850.00 |
| 40 | 4/5/2023 | 5/4/2023 | $150.00 | $6,000.00 |
| 41 | 5/5/2023 | 6/4/2023 | $150.00 | $6,150.00 |
| 42 | 6/5/2023 | 7/4/2023 | $150.00 | $6,300.00 |
| 43 | 7/5/2023 | 8/4/2023 | $150.00 | $6,450.00 |

| Period | Start Date | End Date | | Payment Amount | Total |
|---|---|---|---|---|---|
| 44 | 8/5/2023 | 9/4/2023 | | $150.00 | $6,600.00 |
| 45 | 9/5/2023 | 10/4/2023 | | $150.00 | $6,750.00 |
| 46 | 10/5/2023 | 11/4/2023 | | $150.00 | $6,900.00 |
| 47 | 11/5/2023 | 12/4/2023 | | $150.00 | $7,050.00 |
| 48 | 12/5/2023 | 1/4/2024 | | $150.00 | $7,200.00 |
| 49 | 1/5/2024 | 2/4/2024 | | $150.00 | $7,350.00 |
| 50 | 2/5/2024 | 3/4/2024 | | $150.00 | $7,500.00 |
| 51 | 3/5/2024 | 4/4/2024 | | $150.00 | $7,650.00 |
| 52 | 4/5/2024 | 5/4/2024 | | $150.00 | $7,800.00 |
| 53 | 5/5/2024 | 6/4/2024 | | $150.00 | $7,950.00 |
| 54 | 6/5/2024 | 7/4/2024 | | $150.00 | $8,100.00 |
| 55 | 7/5/2024 | 8/4/2024 | | $150.00 | $8,250.00 |
| 56 | 8/5/2024 | 9/4/2024 | | $150.00 | $8,400.00 |
| 57 | 9/5/2024 | 10/4/2024 | | $150.00 | $8,550.00 |
| 58 | 10/5/2024 | 11/4/2024 | | $150.00 | $8,700.00 |
| 59 | 11/5/2024 | 12/4/2024 | | $150.00 | $8,850.00 |
| 60 | 12/5/2024 | 1/4/2025 | | $150.00 | $9,000.00 |
| Total | | | | | **$9,000.00** |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 1/5/2025 | 2/4/2025 | $0.00 | $0.00 |
| 2 | 2/5/2025 | 3/4/2025 | $0.00 | $0.00 |
| 3 | 3/5/2025 | 4/4/2025 | $0.00 | $0.00 |
| 4 | 4/5/2025 | 5/4/2025 | $0.00 | $0.00 |
| 5 | 5/5/2025 | 6/4/2025 | $0.00 | $0.00 |
| 6 | 6/5/2025 | 7/4/2025 | $0.00 | $0.00 |
| 7 | 7/5/2025 | 8/4/2025 | $0.00 | $0.00 |
| 8 | 8/5/2025 | 9/4/2025 | $0.00 | $0.00 |
| 9 | 9/5/2025 | 10/4/2025 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 1/2020 | $150.00 | $300.00 | | ($150.00) |
| 2 | 2/2020 | $150.00 | | | $0.00 |
| 3 | 3/2020 | $150.00 | $300.00 | | ($150.00) |
| 4 | 4/2020 | $150.00 | $150.00 | | ($150.00) |
| 5 | 5/2020 | $150.00 | $150.00 | | ($150.00) |
| 6 | 6/2020 | $150.00 | $150.00 | | ($150.00) |
| 7 | 7/2020 | $150.00 | $150.00 | | ($150.00) |
| 8 | 8/2020 | $150.00 | $150.00 | | ($150.00) |
| 9 | 9/2020 | $150.00 | $150.00 | | ($150.00) |
| 10 | 10/2020 | $150.00 | $150.00 | | ($150.00) |
| 11 | 11/2020 | $150.00 | $150.00 | | ($150.00) |
| 12 | 12/2020 | $150.00 | $150.00 | | ($150.00) |
| 13 | 1/2021 | $150.00 | $150.00 | | ($150.00) |
| 14 | 2/2021 | $150.00 | $150.00 | | ($150.00) |
| 15 | 3/2021 | $150.00 | $150.00 | | ($150.00) |
| 16 | 4/2021 | $150.00 | $150.00 | | ($150.00) |
| 17 | 5/2021 | $150.00 | $150.00 | | ($150.00) |
| 18 | 6/2021 | $150.00 | $150.00 | | ($150.00) |
| 19 | 7/2021 | $150.00 | $150.00 | | ($150.00) |
| 20 | 8/2021 | $150.00 | $150.00 | | ($150.00) |
| 21 | 9/2021 | $150.00 | $150.00 | | ($150.00) |
| 22 | 10/2021 | $150.00 | $150.00 | | ($150.00) |
| 23 | 11/2021 | $150.00 | $150.00 | | ($150.00) |
| 24 | 12/2021 | $150.00 | $150.00 | | ($150.00) |
| 25 | 1/2022 | $150.00 | $150.00 | | ($150.00) |
| 26 | 2/2022 | $150.00 | $150.00 | | ($150.00) |
| 27 | 3/2022 | $150.00 | $150.00 | | ($150.00) |
| 28 | 4/2022 | $150.00 | $150.00 | | ($150.00) |
| 29 | 5/2022 | $150.00 | $150.00 | | ($150.00) |
| 30 | 6/2022 | $150.00 | $150.00 | | ($150.00) |
| 31 | 7/2022 | $150.00 | $150.00 | | ($150.00) |
| 32 | 8/2022 | $150.00 | $150.00 | | ($150.00) |
| 33 | 9/2022 | $150.00 | $150.00 | | ($150.00) |
| 34 | 10/2022 | $150.00 | $150.00 | | ($150.00) |

| | | | | | |
|---|---|---|---|---|---|
| 35 | 11/2022 | $150.00 | $150.00 | | ($150.00) |
| 36 | 12/2022 | $150.00 | $150.00 | | ($150.00) |
| 37 | 1/2023 | $150.00 | | | $0.00 |
| 38 | 2/2023 | $150.00 | $150.00 | | $0.00 |
| 39 | 3/2023 | $150.00 | $300.00 | | ($150.00) |
| 40 | 4/2023 | $150.00 | | | $0.00 |
| 41 | 5/2023 | $150.00 | | | $150.00 |
| 42 | 6/2023 | $150.00 | $150.00 | | $150.00 |
| 43 | 7/2023 | $150.00 | $150.00 | | $150.00 |
| 44 | 8/2023 | $150.00 | | | $300.00 |
| 45 | 9/2023 | $150.00 | | | $450.00 |
| 46 | 10/2023 | $150.00 | | | $600.00 |

**Total Delinquent Amount: $600.00**

| PRINT INQUIRY | | Close Window | | | Click Here to Print this Page | |
|---|---|---|---|---|---|---|
| 19-07155-EAG | FRANCISCO JAVIER DE JESUS MARTINEZ | | | $150.00 MO | Bar Date(s): | 2/14/2020 (has passed) 6/3/2020 (has passed) |
| | | | | | Confirmed: | 7/1/2020 |
| | Trustee: OSMARIE NAVARRO MARTINEZ | | Attorney: JESUS ENRIQUE BATISTA SANCHEZ * | | Case Status: | ACTIVE-1ST AUDIT |

## Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 1/5/2020 | 60.00 | $150.00 | MONTHLY | FRANCISCO JAVIER DE JESUS MARTINEZ | 12/19/2019 | |
| 1/5/2025 | end of plan | $0.00 | MONTHLY | FRANCISCO JAVIER DE JESUS MARTINEZ | 12/19/2019 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 1/5/2020 | 2/4/2020 | $150.00 | $150.00 |
| 2 | 2/5/2020 | 3/4/2020 | $150.00 | $300.00 |
| 3 | 3/5/2020 | 4/4/2020 | $150.00 | $450.00 |
| 4 | 4/5/2020 | 5/4/2020 | $150.00 | $600.00 |
| 5 | 5/5/2020 | 6/4/2020 | $150.00 | $750.00 |
| 6 | 6/5/2020 | 7/4/2020 | $150.00 | $900.00 |
| 7 | 7/5/2020 | 8/4/2020 | $150.00 | $1,050.00 |
| 8 | 8/5/2020 | 9/4/2020 | $150.00 | $1,200.00 |
| 9 | 9/5/2020 | 10/4/2020 | $150.00 | $1,350.00 |
| 10 | 10/5/2020 | 11/4/2020 | $150.00 | $1,500.00 |
| 11 | 11/5/2020 | 12/4/2020 | $150.00 | $1,650.00 |
| 12 | 12/5/2020 | 1/4/2021 | $150.00 | $1,800.00 |
| 13 | 1/5/2021 | 2/4/2021 | $150.00 | $1,950.00 |
| 14 | 2/5/2021 | 3/4/2021 | $150.00 | $2,100.00 |
| 15 | 3/5/2021 | 4/4/2021 | $150.00 | $2,250.00 |
| 16 | 4/5/2021 | 5/4/2021 | $150.00 | $2,400.00 |
| 17 | 5/5/2021 | 6/4/2021 | $150.00 | $2,550.00 |
| 18 | 6/5/2021 | 7/4/2021 | $150.00 | $2,700.00 |
| 19 | 7/5/2021 | 8/4/2021 | $150.00 | $2,850.00 |
| 20 | 8/5/2021 | 9/4/2021 | $150.00 | $3,000.00 |
| 21 | 9/5/2021 | 10/4/2021 | $150.00 | $3,150.00 |
| 22 | 10/5/2021 | 11/4/2021 | $150.00 | $3,300.00 |
| 23 | 11/5/2021 | 12/4/2021 | $150.00 | $3,450.00 |
| 24 | 12/5/2021 | 1/4/2022 | $150.00 | $3,600.00 |
| 25 | 1/5/2022 | 2/4/2022 | $150.00 | $3,750.00 |
| 26 | 2/5/2022 | 3/4/2022 | $150.00 | $3,900.00 |
| 27 | 3/5/2022 | 4/4/2022 | $150.00 | $4,050.00 |
| 28 | 4/5/2022 | 5/4/2022 | $150.00 | $4,200.00 |
| 29 | 5/5/2022 | 6/4/2022 | $150.00 | $4,350.00 |
| 30 | 6/5/2022 | 7/4/2022 | $150.00 | $4,500.00 |
| 31 | 7/5/2022 | 8/4/2022 | $150.00 | $4,650.00 |
| 32 | 8/5/2022 | 9/4/2022 | $150.00 | $4,800.00 |
| 33 | 9/5/2022 | 10/4/2022 | $150.00 | $4,950.00 |
| 34 | 10/5/2022 | 11/4/2022 | $150.00 | $5,100.00 |
| 35 | 11/5/2022 | 12/4/2022 | $150.00 | $5,250.00 |
| 36 | 12/5/2022 | 1/4/2023 | $150.00 | $5,400.00 |
| 37 | 1/5/2023 | 2/4/2023 | $150.00 | $5,550.00 |
| 38 | 2/5/2023 | 3/4/2023 | $150.00 | $5,700.00 |
| 39 | 3/5/2023 | 4/4/2023 | $150.00 | $5,850.00 |
| 40 | 4/5/2023 | 5/4/2023 | $150.00 | $6,000.00 |
| 41 | 5/5/2023 | 6/4/2023 | $150.00 | $6,150.00 |
| 42 | 6/5/2023 | 7/4/2023 | $150.00 | $6,300.00 |
| 43 | 7/5/2023 | 8/4/2023 | $150.00 | $6,450.00 |


Attachment B

| | | | | | |
|---|---|---|---|---|---|
| 44 | 8/5/2023 | 9/4/2023 | | $150.00 | $6,600.00 |
| 45 | 9/5/2023 | 10/4/2023 | | $150.00 | $6,750.00 |
| 46 | 10/5/2023 | 11/4/2023 | | $150.00 | $6,900.00 |
| 47 | 11/5/2023 | 12/4/2023 | | $150.00 | $7,050.00 |
| 48 | 12/5/2023 | 1/4/2024 | | $150.00 | $7,200.00 |
| 49 | 1/5/2024 | 2/4/2024 | | $150.00 | $7,350.00 |
| 50 | 2/5/2024 | 3/4/2024 | | $150.00 | $7,500.00 |
| 51 | 3/5/2024 | 4/4/2024 | | $150.00 | $7,650.00 |
| 52 | 4/5/2024 | 5/4/2024 | | $150.00 | $7,800.00 |
| 53 | 5/5/2024 | 6/4/2024 | | $150.00 | $7,950.00 |
| 54 | 6/5/2024 | 7/4/2024 | | $150.00 | $8,100.00 |
| 55 | 7/5/2024 | 8/4/2024 | | $150.00 | $8,250.00 |
| 56 | 8/5/2024 | 9/4/2024 | | $150.00 | $8,400.00 |
| 57 | 9/5/2024 | 10/4/2024 | | $150.00 | $8,550.00 |
| 58 | 10/5/2024 | 11/4/2024 | | $150.00 | $8,700.00 |
| 59 | 11/5/2024 | 12/4/2024 | | $150.00 | $8,850.00 |
| 60 | 12/5/2024 | 1/4/2025 | | $150.00 | $9,000.00 |
| Total | | | | | **$9,000.00** |

Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 1/5/2025 | 2/4/2025 | $0.00 | $0.00 |
| 2 | 2/5/2025 | 3/4/2025 | $0.00 | $0.00 |
| 3 | 3/5/2025 | 4/4/2025 | $0.00 | $0.00 |
| 4 | 4/5/2025 | 5/4/2025 | $0.00 | $0.00 |
| 5 | 5/5/2025 | 6/4/2025 | $0.00 | $0.00 |
| 6 | 6/5/2025 | 7/4/2025 | $0.00 | $0.00 |
| 7 | 7/5/2025 | 8/4/2025 | $0.00 | $0.00 |
| 8 | 8/5/2025 | 9/4/2025 | $0.00 | $0.00 |
| 9 | 9/5/2025 | 10/4/2025 | $0.00 | $0.00 |
| 10 | 10/5/2025 | 11/4/2025 | $0.00 | $0.00 |
| Total | | | | **$0.00** |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 1/2020 | $150.00 | $300.00 | | ($150.00) |
| 2 | 2/2020 | $150.00 | | | $0.00 |
| 3 | 3/2020 | $150.00 | $300.00 | | ($150.00) |
| 4 | 4/2020 | $150.00 | $150.00 | | ($150.00) |
| 5 | 5/2020 | $150.00 | $150.00 | | ($150.00) |
| 6 | 6/2020 | $150.00 | $150.00 | | ($150.00) |
| 7 | 7/2020 | $150.00 | $150.00 | | ($150.00) |
| 8 | 8/2020 | $150.00 | $150.00 | | ($150.00) |
| 9 | 9/2020 | $150.00 | $150.00 | | ($150.00) |
| 10 | 10/2020 | $150.00 | $150.00 | | ($150.00) |
| 11 | 11/2020 | $150.00 | $150.00 | | ($150.00) |
| 12 | 12/2020 | $150.00 | $150.00 | | ($150.00) |
| 13 | 1/2021 | $150.00 | $150.00 | | ($150.00) |
| 14 | 2/2021 | $150.00 | $150.00 | | ($150.00) |
| 15 | 3/2021 | $150.00 | $150.00 | | ($150.00) |
| 16 | 4/2021 | $150.00 | $150.00 | | ($150.00) |
| 17 | 5/2021 | $150.00 | $150.00 | | ($150.00) |
| 18 | 6/2021 | $150.00 | $150.00 | | ($150.00) |
| 19 | 7/2021 | $150.00 | $150.00 | | ($150.00) |
| 20 | 8/2021 | $150.00 | $150.00 | | ($150.00) |
| 21 | 9/2021 | $150.00 | $150.00 | | ($150.00) |
| 22 | 10/2021 | $150.00 | $150.00 | | ($150.00) |
| 23 | 11/2021 | $150.00 | $150.00 | | ($150.00) |
| 24 | 12/2021 | $150.00 | $150.00 | | ($150.00) |
| 25 | 1/2022 | $150.00 | $150.00 | | ($150.00) |
| 26 | 2/2022 | $150.00 | $150.00 | | ($150.00) |
| 27 | 3/2022 | $150.00 | $150.00 | | ($150.00) |
| 28 | 4/2022 | $150.00 | $150.00 | | ($150.00) |
| 29 | 5/2022 | $150.00 | $150.00 | | ($150.00) |
| 30 | 6/2022 | $150.00 | $150.00 | | ($150.00) |
| 31 | 7/2022 | $150.00 | $150.00 | | ($150.00) |
| 32 | 8/2022 | $150.00 | $150.00 | | ($150.00) |
| 33 | 9/2022 | $150.00 | $150.00 | | ($150.00) |

| | | | | | |
|---|---|---|---|---|---|
| 34 | 10/2022 | $150.00 | $150.00 | | ($150.00) |
| 35 | 11/2022 | $150.00 | $150.00 | | ($150.00) |
| 36 | 12/2022 | $150.00 | $150.00 | | ($150.00) |
| 37 | 1/2023 | $150.00 | | | $0.00 |
| 38 | 2/2023 | $150.00 | $150.00 | | $0.00 |
| 39 | 3/2023 | $150.00 | $300.00 | | ($150.00) |
| 40 | 4/2023 | $150.00 | | | $0.00 |
| 41 | 5/2023 | $150.00 | | | $150.00 |
| 42 | 6/2023 | $150.00 | $150.00 | | $150.00 |
| 43 | 7/2023 | $150.00 | $150.00 | | $150.00 |
| 44 | 8/2023 | $150.00 | | | $300.00 |
| 45 | 9/2023 | $150.00 | | | $450.00 |
| 46 | 10/2023 | $150.00 | | | $600.00 |
| 47 | 11/2023 | $150.00 | | | $750.00 |

**Total Delinquent Amount: $750.00**

Department of Defense Manpower Data Center

Results as of : Nov-15-2023 03:42:50 PM
SCRA 5.18



## Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-8879 |
| Birth Date: | Aug-XX-1978 |
| Last Name: | DE JESUS MARTINEZ |
| First Name: | FRANCISCO |
| Middle Name: | JAVIER |
| Status As Of: | Nov-15-2023 |
| Certificate ID: | JB6SBZ4CF8VYNMY |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

*Attachment C*

```
Label Matrix for local noticing              (p)ASOCIACION DE EMPLEADOS DEL ELA        FIRSTBANK PUERTO RICO
0104-3                                       ATTN IRITZA ORTIZ ECHEVARRIA             C/O MARIA M BENABE RIVERA ESQ
Case 19-07155-EAG13                          PO BOX 364508                            PO BOX 9146
District of Puerto Rico                      SAN JUAN PR 00936-4508                   SANTURCE, PR 00908-0146
Old San Juan
Wed Oct 11 09:38:45 AST 2023

US Bankruptcy Court District of P.R.         AMERICAN EXPRESS                         American Express National Bank
Jose V Toledo Fed Bldg & US Courthouse       PO BOX 3001                              c/o Becket and Lee LLP
300 Recinto Sur Street, Room 109             Malvern, PA 19355-0701                   PO Box 3001
San Juan, PR 00901-1964                                                               Malvern PA 19355-0701


BANCO POPULAR DE PR                          CARIBE FEDERAL CREDIT UNION              FIRST BANK
PO BOX 366818                                195 O'NEILL ST                           CONSUMER SERVICE CENTER
SAN JUAN, PR 00936-6818                      San Juan, PR 00918-2404                  BANKRUPTCY DIVISION (CODE 248)
                                                                                      PO BOX 9146 SAN JUAN PR, 00908-0146


FIRSTBANK                                    PHEAA/FED LOAN SERVICES                  FRANCISCO JAVIER DE JESUS MARTINEZ
AVE. PONCE DE LEON 1519                      PO BOX 60610                             URB ROYAL TOWN
San Juan, PR 00909-1732                      Harrisburg, PA 17106-0610                J 2 CALLE 26
                                                                                      BAYAMON, PR 00956-4552


JESUS ENRIQUE BATISTA SANCHEZ                MONSITA LECAROZ ARRIBAS                  OSMARIE NAVARRO MARTINEZ
The Batista Law Group, Psc                   OFFICE OF THE US TRUSTEE (UST)           CHAPTER 13 TRUSTEE
Capital Center I                             OCHOA BUILDING                           PO BOX 9024062
239 Ave Arterial DE Hostos                   500 TANCA STREET  SUITE 301              SAN JUAN, PR 00902-4062
Suite 206                                    SAN JUAN, PR 00901
San Juan, PR 00918-1475



              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


AEELA                                        (d)AEELA                                 End of Label Matrix
PO BOX 364508                                PO BOX 364508                            Mailable recipients   14
SAN JUAN, PR 00936-4508                      SAN JUAN, PR 00936                       Bypassed recipients    0
                                                                                      Total                 14
```